# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

JEFFREY CHARLES,                                             Civil No. 12-cv-2939 (MJD/TNL)

      Plaintiff,

v.                                                           **ORDER**

STATE OF MINNESOTA, et al.,

      Defendants.

---

Jeffery Charles, 148288, 970 Pickett Street North, Bayport, MN 55003-1490, PRO SE.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 6, 2013 (Docket No. 38), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

    1. Plaintiff's applications to proceed in forma pauperis, (Docket Nos. 3 and 18), is **DENIED AS MOOT**;

    2. Plaintiff's motions for appointment of counsel, (Docket Nos. 13, 14 and 27), is **DENIED AS MOOT**;

    3. Plaintiff's pending motion for additional time to amend, (Docket No. 13), is **DENIED AS MOOT**; and

    4. This action is **DISMISSED WITHOUT PREJUDICE**.

Date: September 10, 2013                         s/Michael J. Davis
                                                 The Honorable Chief Judge Michael J. Davis
                                                 United States District Court Judge
                                                 for the District of Minnesota